UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                  CRIMINAL NO. 07-20257

v.                                  HON. SEAN F. COX

D-1 ALAN RAINES,

       Defendant.
_____/

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss Count Two of the Information against ALAN RAINES. Accordingly, IT IS HEREBY ORDERED that Count Two of the Information against defendant be dismissed.

                                    S/Sean F. Cox
                                    Sean F. Cox
                                    United States District Judge

Dated: November 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 28, 2007, by electronic and/or ordinary mail.

                                    S/Jennifer Hernandez
                                    Case Manager